

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**

**FORT WORTH**

## NO. 02-12-00305-CV

HEAT SHRINK INNOVATIONS, LLC                                    APPELLANT

V.

MEDICAL EXTRUSION                                              APPELLEE
TECHNOLOGIES-TEXAS, INC., A
TEXAS CORPORATION

------------

FROM THE 367TH DISTRICT COURT OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

Appellant filed a notice of appeal from the trial court's April 10, 2012 "Final Judgment." The trial court subsequently granted appellant's motion for new trial on July 24, 2012, while it still had plenary jurisdiction over the case. *See* Tex. R. Civ. P. 329b(e).

---

[1]*See* Tex. R. App. P. 47.4.

On July 30, 2012, we informed the parties that it appeared the trial court's granting of the motion for new trial rendered this appeal moot and that the appeal would be dismissed as moot unless, on or before August 9, 2012, any party desiring to continue the appeal filed a response showing grounds for continuing the appeal. Neither party filed a response.

Therefore, on this court's own motion, we dismiss the appeal as moot. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED: September 27, 2012